## GULF GROUP, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 04–5061.

United States Court of Appeals, Federal Circuit.

April 23, 2004.

*ORDER*

Upon consideration of Gulf Group, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.